UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMANDA RHEA BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | No.: 3:20-cv-00468-TAV-JEM |

## **ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, plaintiff's objections to the magistrate judge's report and recommendation ("R&R") [Doc. 27] are **OVERRULED**, and the R&R [Doc. 26] is **ACCEPTED AND ADOPTED IN WHOLE**. Accordingly, defendant's motion for summary judgment [Doc. 24] is **GRANTED** and plaintiff's motion for judgment on the pleadings [Doc. 20] is **DENIED**. The Commissioner's decision is **AFFIRMED** and this appeal is hereby **DISMISSED**. The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

  LeAnna R. Wilson
    CLERK OF COURT